# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Philadelphia District Attorney's
Office,
                  Appellant

                v.

Gregory Stover

:
:
:
:
:   No. 1952 C.D. 2016
:
:
:
:

## *ORDER*

AND NOW, this 8th day of December, 2017, it is ORDERED that the above-captioned opinion filed September 12, 2017, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge